### Peoples' Bank of Madison, Ind. v. Deweese.

Appeal from Jefferson Circuit Court
(Chancery Branch, First Division).

RESPONSE TO PETITION FOR REHEARING BY JUDGE CAR-
ROLL—Petition overruled.

In response to the Petition for Rehearing we hold:

First: That the levy of the execution did not create
a lien as the legal title to the land levied on was not in the
execution defendant. The remedy of the judgment cred-
itor was to have an execution returned "No property
found", and proceed under section 439 of the Civil Code.

Second: That the effect of the judgment appealed
from was to dismiss the action.

Petition for rehearing overruled.